IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA


UNITED STATES OF AMERICA,           )
                                    )
            Plaintiff,              )      CASE NO. 1:12-MJ-00111 SKO
                                    )
      vs.                           )
                                    )      ORDER OF RELEASE
JUSTIN BRADSHAW,                    )
                                    )
            Defendant.              )
_____)

      The above-named defendant having been sentenced on May 14, 2012, to three (3) days custody with credit for time-served,

      IT IS HEREBY ORDERED that the defendant shall be released forthwith. A certified Judgment and Commitment order to follow.


      DATED: 5/14/2012


                              /s/ DENNIS L. BECK
                              DENNIS L. BECK
                              U.S. Magistrate Judge

9/26/96 exonbnd.frm

1